# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK PATILLO, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL NO. 09-126-GPM |
| LISA J.W. HOLLINGSWORTH, | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Petitioner **PATRICK PATILLO** shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 03/31/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge